# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEZANDER DELGADO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GONZALES, et al.,<br><br>　　　　　Defendants. | 1:12cv00319 AWI DLB PC<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION REQUESTING DEFENDANTS TO ANSWER COMPLAINT<br><br>(Document 16) |

　　　Plaintiff Alezander Delgado is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983.

　　　On November 20, 2013, Plaintiff filed a motion requesting that the Court order Defendants to respond to his April 4, 2013, First Amended Complaint.

　　　On November 13, 2013, The Court screened Plaintiff's First Amended Complaint and ordered that it go forward on certain claims.  The Court sent Plaintiff service documents with instructions for completion and return to the Court.  Upon receipt of the completed service documents, the Court will order the United States Marshal to serve the First Amended Complaint.

1

Defendant will not be required to respond to the First Amended Complaint until service has been effectuated.

Accordingly, Plaintiff's motion is DISREGARDED.

IT IS SO ORDERED.

Dated:   **November 21, 2013**                          /s/ Dennis L. Beck
                                                  UNITED STATES MAGISTRATE JUDGE