# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEZANDER DELGADO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GONZALEZ, et al.,<br><br>　　　　Defendants. | 1:12cv00319 AWI DLB PC<br><br>ORDER REGARDING PLAINTIFF'S<br>IN FORMA PAUPERIS STATUS<br>ON APPEAL<br><br>(Document 44) |

　　　Plaintiff Alezander Delgado ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action.  On November 26, 2014, the Court granted Defendant's motion to dismiss.

　　　Plaintiff filed a notice of appeal on January 5, 2015.

　　　On February 4, 2015, the Ninth Circuit referred the appeal to this Court for the limited purpose of determining whether in forma pauperis status should continue for this appeal, or whether the appeal is frivolous or is taken in bad faith.  28 U.S.C. § 1915(a)(3).

///

///

///

///

1

Plaintiff's appeal is not frivolous, nor is it taken in bad faith.  Accordingly, Plaintiff's in forma pauperis status should continue on appeal.

IT IS SO ORDERED.

Dated:   **February 5, 2015**                               /s/ *Dennis L. Beck*
                                                            UNITED STATES MAGISTRATE JUDGE