# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEZANDER DELGADO,<br><br>  Plaintiff,<br><br>  vs.<br><br>GONZALEZ, et al.,<br><br>  Defendants. | ) 1:12cv00319 AWI DLB PC<br>)<br>)<br>) ORDER REGARDING PLAINTIFF'S<br>) MOTION REQUESTING ALTERNATIVE<br>) DISPUTE RESOLUTION<br>)<br>) (Document 47)<br>)<br>) |

Plaintiff Alezander Delgado ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. The action is currently on appeal to the Ninth Circuit.

On November 25, 2015, Plaintiff filed a motion requesting participation in the Court's Alternative Dispute Resolution program. However, as Plaintiff's action is on appeal and the case before this Court is closed, the Court no longer has jurisdiction to issue such an order.

Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

  Dated:  **November 30, 2015**          /s/ Dennis L. Beck
                                UNITED STATES MAGISTRATE JUDGE