# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEZANDER DELGADO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GONZALEZ, et al.,<br><br>　　　　　Defendants. | Case No. 1:12-cv-00319-AWI-SKO (PC)<br><br>**ORDER STRIKING PLAINTIFF'S RESPONSE TO DEFENDANTS' ANSWER**<br><br>**(Doc. 64.)** |

Plaintiff, Alezander Delgado, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On May 22, 2017, Defendants filed their Answer to Plaintiff's Complaint. (Doc. 54.) On July 24, 2017, Plaintiff filed a response to Defendants' Answer. (Doc. 64.)

Plaintiff does not have a right to file a response/surreply to Defendants' Answer under the Local Rules or the Federal Rules of Civil Procedure. Accordingly, Plaintiff's Response to Defendants' Answer, filed on July 24, 2017, (Doc. 64), is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

Dated: __**August 8, 2017**__　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1